**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| ERICK ALEXANDER PORTILLO MALDONADO | CIVIL ACTION NO. 6:26-2321 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN PINE PRAIRIE, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this Petition for Habeas Corpus is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 21st day of September, 2026.

**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**